AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS
**SUMMONS IN A CIVIL CASE**

PRECI-DIP SA, a Swiss Corporation,
            Plaintiff

CASE NUMBER: 08-CV-4192

V.

ASSIGNED JUDGE: Guzman

TRI-STAR ELECTRONICS INTERNATIONAL, INC., a Delaware Corporation
            Defendant

DESIGNATED MAGISTRATE JUDGE: Ashman

TO: (Name and address of Defendant)

TRI-STAR ELECTRONICS INTERNATIONAL, INC.
2201 Rosecrans Avenue
El Segundo, California 90245

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Browne
NEAL GERBER & EISENBERG LLP.
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Girby* (signature)
(By) DEPUTY CLERK

July 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  JULY 29, 2008 |
| NAME OF SERVER *(PRINT)*  NORMAN MONTEMAYOR | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2201 ROSECRANS AVENUE, EL SEGUNDO, CA 90245

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SYLVIA SMULLEN, AUTHORIZED TO ACCEPT and SERVED AT 10:38 A.M.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $110.57 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JULY 29, 2008        *[signature]*
              Date                 Signature of Server

1706 S. FIGUEROA STREET
LOS ANGELES, CA 90015
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.