# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Preci−Dip SA

                                                Plaintiff,

v.                                                                                                   Case No.: 1:08−cv−04192

                                                                                                    Honorable Ronald A. Guzman

Tri−Star Electronics International, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000003000321. (Sorrell, Todd) and motion for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000003007958. (Persson, Spencer) [16][17] are granted. Status hearing set for 9/24/08 is reset to 9/8/2008 at 09:30 AM. on Court's own motion. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.