IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRECI-DIP SA,<br>a Swiss Corporation, | )<br>)<br>) | Honorable Judge Ronald A. Guzman<br>Honorable Magistrate Judge Ashman |
| Plaintiff, | )<br>) | Case No. 08-CV-4192 |
| v. | )<br>) | |
| TRI-STAR ELECTRONICS<br>INTERNATIONAL, INC.,<br>a Delaware Corporation, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Todd M. Sorrell
     Spencer S. Persson
     FULBRIGHT & JAWORSKI LLP
     555 South Flower Street
     41st Floor
     Los Angeles, California 90071

PLEASE TAKE NOTICE that on Thursday, August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Preci-Dip SA, shall appear before the Honorable Judge Ronald A. Guzman, or any Judge sitting in his stead, in the Courtroom usually occupied by Judge Ronald A. Guzman, or any Judge sitting in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, #1219, Chicago, Illinois, and shall then and there present for consideration **PLAINTIFF PRECI-DIP SA's MOTION FOR PRELIMINARY INJUNCTION,** a copy of which is hereby served upon you.

Dated: August 15, 2008

Respectfully Submitted,

By: s/ Robert E. Browne
    One of the Attorneys for Plaintiff,
    The Little Tikes Company

Robert E. Browne (ARDC# 032 1761)
William J. Lenz (ARDC# 625 7555)
Maurice E. Finnegan, III (ARDC# 628 1387)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF PRECI-DIP SA's MOTION FOR PRELIMINARY INJUNCTION,** has been served upon the individuals listed below via the CM/ECF electronic filing service system and via Federal Express on this 15th day of August, 2008.

>Todd M. Sorrell
>Spencer S. Persson
>FULBRIGHT & JAWORSKI LLP
>555 South Flower Street
>41st Floor
>Los Angeles, California 90071
>
>*Attorneys for Defendants*

___s/Maurice E. Finnegan III___
Maurice E. Finnegan III

NGEDOCS: 1556652.1