IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRECI-DIP SA,<br>a Swiss Corporation, | ) ) ) | Honorable Judge Ronald A. Guzman<br>Honorable Magistrate Judge Ashman |
| Plaintiff, | ) ) | Case No. 08-CV-4192 |
| v. | ) ) | |
| TRI-STAR ELECTRONICS<br>     INTERNATIONAL, INC.,<br>a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF PRECI-DIP SA'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.2, Preci-Dip SA states the following:

(1)     Preci-Dip SA is a publicly owned company;

(2)     Preci-Dip SA has no parent corporation;

(3)     Caxel Holding SA, Delemont holds 95% of Preci-Dip SA's stock; and

(4)     Findler Holding SA, Delemont holds 5% of Preci-Dip SA's stock.

Dated:  August 15, 2008            Respectfully Submitted,

By:  s/ Robert E. Browne
     One of the Attorneys for Plaintiff,
     Preci-Dip SA

     Robert E. Browne (ARDC# 032 1761)
     William J. Lenz (ARDC# 625 7555)
     Maurice E. Finnegan, III (ARDC# 628 1387)
     NEAL, GERBER & EISENBERG LLP
     Two North LaSalle Street
     Suite 2200
     Chicago, Illinois  60602
     Telephone:  (312) 269-8000
     Facsimile:  (312) 269-1747

NGEDOCS: 1554076.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF PRECI-DIP SA's RULE 7.1 DISCLOSURE STATEMENT,** has been served upon the individuals listed below via the CM/ECF electronic filing service system and via Federal Express on this 15th day of August, 2008.

>Todd M. Sorrell
>Spencer S. Persson
>FULBRIGHT & JAWORSKI LLP
>555 South Flower Street
>41st Floor
>Los Angeles, California  90071
>
>*Attorneys for Defendants*



>_____    s/Maurice E. Finnegan III_____
>Maurice E. Finnegan III