IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRECI-DIP SA., a Swiss Corporation, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 1:08-cv-4192 |
| TRI-STAR ELECTRONICS INTERNATIONAL, INC., a Delaware Corporation, | § § § § | The Honorable Ronald A. Guzman |
| Defendant. | § § | |

**DEFENDANT TRI-STAR'S LOCAL RULE 3.2 DISCLOSURE**

Defendant Tri-Star Electronics International, Inc. ("Tri-Star") by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Tri-Star is a Delaware Corporation. TSEI Holdings, Inc. (formerly BMP/TSEI Holdings, Inc.), is a publicly held company that is a parent of Tri-Star. No other publicly held entity owns more than 5% of Tri-Star.

Dated: August 15, 2008

Respectfully submitted,

/s/ John L. Abramic
Todd M. Sorrell, Cal. Bar No. 175143
Spencer Persson, Cal. Bar No. 235054
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Patrick J. Arnold Jr.
John L. Abramic
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor

                                              Chicago, Illinois  60661
                                              Telephone:  (312) 775-8000
                                              Facsimile:  (312) 775-8100

                                              Attorneys for Defendant
                                              TRI-STAR ELECTRONICS
                                              INTERNATIONAL, INC.