IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRECI-DIP SA., a Swiss Corporation, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 1:08-cv-4192 |
| TRI-STAR ELECTRONICS INTERNATIONAL, INC., a Delaware Corporation, | § § § § | The Honorable Ronald A. Guzman |
| Defendant. | § § § | |

**NOTICE OF MOTION**

To: Robert E. Browne
William J. Lenz
Maurice E. Finnegan, III
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Tri-Star Electronics International, Inc. shall appear before the Honorable Judge Ronald A. Guzman, or any Judge sitting in his stead, in the Courtroom usually occupied by Judge Ronald A. Guzman or any Judge sitting in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, #1219, Chicago, Illinois, and shall then and there present for consideration **DEFENDANT TRI-STAR'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER VENUE**, a copy of which is hereby served upon you.

- 2 -

Dated: August 15, 2008                   Respectfully submitted,

/s/ John L. Abramic
Todd M. Sorrell, Cal. Bar No. 175143
Spencer Persson, Cal. Bar No. 235054
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Patrick J. Arnold Jr.
John L. Abramic
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Defendant
TRI-STAR ELECTRONICS
INTERNATIONAL, INC.

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing NOTICE OF MOTION has been served upon the individuals listed below via the CM/ECF electronic filing system and via Federal Express on August 15, 2008.

>Robert E. Browne
>William J. Lenz
>Maurice E. Finnegan, III
>Neal, Gerber & Eisenberg LLP
>Two North LaSalle Street
>Suite 2200
>Chicago, Illinois 60602

August 15, 2008                               /s/ John L. Abramic