UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Preci−Dip SA
                                                 Plaintiff,

v.                                                      Case No.: 1:08−cv−04192
                                                      Honorable Ronald A. Guzman

Tri−Star Electronics International, Inc., et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 8/28/2008. Set deadlines as to motion by Defendant Tri−Star Electronics International, Inc. to dismiss or, in the alternative, transfer venue [24]: Responses due by 9/15/2008. Replies due by 10/1/2008. Ruling to be by mail. Status hearing set for **10/1/2008 at 09:30 AM. **NOTE NEXT STATUS DATE DIFFERENT THAN SET IN OPEN COURT. Motion by Plaintiff Preci−Dip SA for preliminary injunction [19] is referred to Magistrate Judge Ashman. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.